Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the

_Western_ District of _Oklahoma_

_Civil_ Division

FILED

FEB 07 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Case No. CIV-25-167-HE

(to be filled in by the Clerk's Office)

Melissa J. Six
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Court Clerk, Lynda Vermillion
Assoc. Dist. Judge, Brooke S. Gatlin
County of, Washita Co., Oklahoma
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Jury Trial: (check one) ☒Yes ☐No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Melissa J. Six_

Address _503 ½ S. McDonald St._

_Dill_ _OK_ _73641_

City     State     Zip Code

County _Washita Co., OK_

Telephone Number _405-202-7466_

E-Mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Lynda Vermillion_

Job or Title (if known) _Court Clerk, For The County of Washita Co. OK_

Address _111 Magit St. M.S E. Main St_

_New Cordell_ _OK_ _73632_

City     State     Zip Code

County _Washita Co._

Telephone Number _580-832-3836_

E-Mail Address (if known)

[X] Individual capacity    [X] Official capacity

Defendant No. 2

Name _Brook S. Gatlin_

Job or Title (if known) _Associate District Judge of Washita Co. OK_

Address _111 E. Main St._

_New Cordell_ _OK_ _73632_

City     State     Zip Code

County _Washita Co_

Telephone Number _580-832-3224_

E-Mail Address (if known)

[X] Individual capacity    [X] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Wash. TA Co. Oklahoma |
| Job or Title *(if known)* | |
| Address | Washita Co. ClERk 111 E. MAin ST. #10 |
| | NEW CorAEll          OK          73632 |
| | City          State          Zip Code |
| County | Washita Co |
| Telephone Number | 580-832-2284 |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☒ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | City          State          Zip Code |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity     ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

ART I, S10, Cl.5
TITLE 18, U.S.C. SecTion 242

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Lynda Vermillion Failed To prepare and immediately Forward To service oklahoma an Abstract of The Record Covering The case In which I Plead guilty(TR-2023-00314) on Monday July 10, 2023 @ 1:30p     (TR-2023-00315) APPlied False Times and Dates To offical Court Records

## III.     Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

Washita Co. District Court, Washita Co. OK 73632

B.     What date and approximate time did the events giving rise to your claim(s) occur?

1:30pm
July 17, 2023, Sept 3, 2024, MAR 19, 2024, Jan 7, 2025

C.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Recording of False Times and Dates on Court Records From Washita do District Court Resulted In more Fines For me To pay, Points on Driving Record And Suspension of Driving Privileges

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

ASSOC. DST. Judge Brooke S. Gatlin, Allowing my Case To Keep going After IT being Paid OFF In July County of Washita Co. Oklahoma, The Judge and Court Clerk work For The County

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Washita Co District Court, Washita Co. OK 73632

B.    What date and approximate time did the events giving rise to your claim(s) occur?

1:30 ♀
July 17, 2023, Sept 3, 2024, March 19, 2024, Jan 7, 2025

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I would like court record corrected with dates and times also to get my lisence back without paying any more fines or cost and no points on my lisence that may have been applied do to the court records concerning this case, I'm asking for 250,000.00 for the emotional distress and inconvenience this has caused me from living my day to day life, I want this to send a messege things like this are not ok

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2-5-2025

Signature of Plaintiff    _Melissa J. Six_

Printed Name of Plaintiff    Melissa J. Six

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____

City        State        Zip Code

Telephone Number    _____

E-mail Address    _____

Print        Save As...        Add Attachment        Reset